**No. 10-7438. Launeil Sanders, Petitioner v. Lisa P. Jackson, Administrator, Environmental Protection Agency, et al.**

562 U.S. 1130, 131 S. Ct. 942, 178 L. Ed. 2d 742, 2011 U.S. LEXIS 332.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fees required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 395 Fed. Appx. 939.

**No. 10-7441. Arturo Solis, Petitioner v. Texas Department of Criminal Justice.**

562 U.S. 1130, 131 S. Ct. 979, 178 L. Ed. 2d 742, 2011 U.S. LEXIS 552.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Texas, Tenth Circuit, dismissed. See Rule 39.8.

**No. 10-7452. Derrick Brown, Petitioner v. B. A. Bledsoe, Warden, et al.**

562 U.S. 1130, 131 S. Ct. 942, 178 L. Ed. 2d 742, 2011 U.S. LEXIS 577.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fees required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-7548. Rudolph George Stanko, aka Rudy Stanko, Petitioner v. Barack H. Obama, President of the United States, et al.**

562 U.S. 1131, 131 S. Ct. 948, 178 L. Ed. 2d 742, 2011 U.S. LEXIS 569.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fees required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

Same case below, 393 Fed. Appx. 849.

**No. 10-7804. Rudy Stanko, Petitioner v. Blake Davis, Warden.**

562 U.S. 1131, 131 S. Ct. 973, 178 L. Ed. 2d 742, 2011 U.S. LEXIS 313.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit dismissed. See Rule